

# In the Missouri Court of Appeals
## Eastern District

MARCH 17, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED100442    STATE OF MISSOURI, RES V JOHN H. COLEMAN, APP

2.    ED100757 KERRY M. HOGAN, APP V STATE OF MO, RES

3.    ED100871 STATE OF MISSOURI, RES V TIMOTHY JONES, APP

4.    ED100883 STATE OF MISSOURI, RES V PIOTR CHORAZY, APP

5.    ED101061 MICHAEL L. DARE, APP V STATE OF MISSOURI, RES

6.    ED101150 STATE OF MISSOURI, RES V NICHOLAS GOETZ, APP

7.    ED101431 STATE OF MISSOURI, RES V ANDREW MOORE, APP

8.    ED101533 NANCY DARROW, APP V STATE OF MISSOURI, RES

9.    ED101607 COVERALL RESTORATION, RES V KATHLEEN TURNER, APP

**CORRECTION(S):**

1.    ED101743 IN THE INTEREST OF:  V.C.N.C.